UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYDA PALOMINO,
                        Plaintiff,

              -v-

BETANCES HEALTH CENTER, *et al.*,
                        Defendants.

23-CV-196 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made on or before August 17, 2023.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                                _____
                                                       J. PAUL OETKEN
                                                  United States District Judge